

# NUMBER 13-15-00384-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GILBERT DELACRUZ,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                  Appellee.

### On appeal from the 347th District Court
### of Nueces County, Texas.

# ORDER

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on the record and appellant's brief. Appellant's brief was filed on April 5, 2016. Appellee has not filed a brief. The Court, having fully examined the record and appellant's brief hereby ORDERS appellee to file its brief with this Court on or before July 06, 2016. Further motions for extension of time will not be

favorably entertained by the Court.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
th day of June, 2016.